**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH A. SPOONHOUR,** : | |
| **d/b/a CANDLECUP,** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 1:08-CV-1188** |
| v. : | |
| : | |
| **THE AUTOM CHURCH SUPPLY** : | |
| **COMPANY, INC.,** : | **JURY TRIAL DEMANDED** |
| Defendant : | |
| : | |

**CONSENT JUDGMENT ORDER**

AND NOW, this 18th day of December, 2008, with the consent of the Parties through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Plaintiff Kenneth A. Spoonhour d/b/a CandleCup ("Spoonhour") asserts that he owns and has standing to sue for infringement of United States Patent No. 5,292,245 ("the '245 patent").

3. Defendant Autom Church Supply Co., Inc. ("Autom") does not wish to contest whether claims 1-23 of the '245 patent are valid and enforceable in their present form.

4. Autom agrees to be and is hereby permanently enjoined from advertising, marketing or selling the candle holder entitled "Sure-Grip Drip Protector" having the Autom part number KC757 (the "KC757 candle holder") or any other candle holder that would infringe any claim of the '245 patent.

5. All claims and defenses of each of the Parties are hereby dismissed with prejudice.

6. The parties shall each bear their own costs and attorneys' fees incurred in this action, and the Court may retain jurisdiction to enforce the terms of this Consent Judgment Order and a corresponding Settlement Agreement between the Parties.

Dated: December 18, 2008          __s/ Yvette Kane_____
                                  Honorable Yvette Kane
                                  Chief United States District Judge

| | |
|---|---|
| /s/ Michael L. Solomon | /s/Shawn K. Leppo |
| Michael L. Solomon | Shawn K. Leppo |
| Cohen Seglias Pallas | McNees Wallace & Nurick LLC |
| Greenhall & Furman, PC | 100 Pine Street |
| 240 North Third Street, 8th Floor | P.O. Box 1166 |
| Harrisburg, PA  17101 | Harrisburg, PA 17108-1166 |
| Telephone: (717) 234-5530 | Telephone: (717) 237-5218 |
| Fax: (717) 213-0731 | Fax: (717) 260-1718 |
| msolomon@cohenseglias.com | sleppo@mwn.com |

Brian Cabianca
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Ave., Suite 2700
Phoenix, AZ  85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

**Attorneys for**
**Autom Church Supply Co., Inc.**

**Attorneys for**
**Kenneth A. Spoonhour d/b/a**
**CandleCup**